CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 19 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALBERTO PAGAN, ) | Civil Action No. 7:12cv00170 |
| ) | |
| Petitioner, ) | |
| ) | **FINAL ORDER** |
| v. ) | |
| ) | |
| UNITED STATES DISTRICT, ) | |
| ) | By: Samuel G. Wilson |
| Respondent. ) | United States District Judge |

For the reasons stated in the memorandum opinion entered on this day, Pagan's 28 U.S.C. § 2241 petition is **DENIED** and this matter is **STRICKEN** from the court's active docket. Further, finding that Pagan has failed to make the requisite substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**. The Clerk is **DIRECTED** to send a copy of this order and the accompanying memorandum to the petitioner.

   **ENTER**: This 19th day of April, 2012.

                                          _____
                                          UNITED STATES DISTRICT JUDGE